UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
YUEN SHING LEE,

                  Petitioner,

JUDGMENT
01-CV-0997 (SJ)

-against-

JOHN ASHCROFT, Attorney General of the
United States of America; and EDWARD McELROY,
New York District Director of the Immigration
and Naturalization Service,



                  Respondents.
-----------------------------------------------------------X

An Order of Honorable Sterling Johnson Jr., United States District Judge, having been filed on January 17, 2006, denying petitioner's request for a writ of habeas corpus in accordance with the Second Circuit's instructions; and dismissing the petition; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondent; that petitioner's request for a writ of habcas corpus is denied in accordance with the Second Circuit's instructions; and that the petition is dismissed.


Dated: Brooklyn, New York
        January 24, 2006

                                        ROBERT C. HEINEMANN
                                        Clerk of Court